UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

AUGUST IMAGE, LLC, A NEW YORK
LIMITED LIABILITY COMPANY,

                   Plaintiff,

  -against-

CAPER X PI, INC., NEW YORK COPORATION
DOING BUSINESS AS VERSINE SKINCARE
AND DOES 1–10,

                  Defendant(s).
------------------------------------- x

ORDER

25 Civ. 6485 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle (*see* ECF No. 10), the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

    All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: New York, New York
       SEP 09 2025

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge